# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-08-00620-CV

### C.S., Appellant

### v.

### Dr. Pricilla Sierk, D.O., and Austin Lakes Hospital by and through the Travis County Attorney, Appellees

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. 96,479, HONORABLE GUY S. HERMAN, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant C.S. has informed the Court that he no longer wishes to pursue this appeal and has filed a motion to dismiss. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed:   January 28, 2009